IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-103-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HAROLD VERNARD GREENE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On September 22, 2026, defendant wrote and inquired about whether the court has received his petition under 28 U.S.C. § 2255. See [D.E. 140]. The court has not received a petition from the defendant.

SO ORDERED. This 24 day of September, 2026.

JAMES C. DEVER III
United States District Judge